IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMIE LEE FLENNOY** **PLAINTIFF**
**ADC #150664**

VS. 4:24CV-00213-BRW

**ARKANSAS DEPARTMENT OF
CORRECTIONS,** *ET AL.* **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 20th day of March, 2024.

Billy Roy Wilson
UNITED STATE DISTRICT JUDGE